# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DEVEYON EDREACE WILLIAMS, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) No. CIV-23-270-R |
| | ) |
| SCOTT CROW, et al., | ) |
| | ) |
| Respondents. | ) |

## ORDER

Upon review of the file and noting no timely objection to the findings and recommendations of United States Magistrate Judge Gary M. Purcell, the Court adopts the Report and Recommendation [Doc. No. 5], in its entirety.

For the reasons stated therein, this action is DISMISSED WITHOUT PREJUDICE to refiling. Further, the court concludes that a certificate of appealability should not issue because Petitioner has failed to demonstrate "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2)

IT IS SO ORDERED this 25th day of May 2023.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE